425 A.2d 26

Kearney, etc. et al. v. Ingersoll-Rand et al., Appellants.

Appeal of Ingersoll-Rand Co. and Chickey.

Kearney v. Ingersoll-Rand v. Kavelines.

Appeal of Mark Realty, Inc.

Argued June 20, 1979. Joseph E.
Gallagher and Joseph Lenahan, for Ingersoll-Rand Co. and
Chickey, appellants, (at Nos. 2710, 2711, 2712, 2713 and 2714,
Oct. T., 1978); Joseph A. Murphy, for Mark Realty, Inc.,
appellant, (at Nos. 480, 481, 482, 483 and 484, Oct. T., 1979);
Christopher T. Powell, for Michael J. Kearney, etc., et al.,
appellee, (at Nos. 2710, 2711, 2712, 2713 and 2714, Oct. T.,
1978 and Nos. 480, 481, 482, 483 and 484, Oct. T., 1979);
Joseph A. Murphy, for Mark Realty, Inc., appellee, (at Nos.
2710, 2711, 2712, 2713 and 2714, Oct. T., 1978); Joseph E.
Gallagher, for Ingersoll-Rand Co., and Chickey, appellees, (at
Nos. 480, 481, 482, 483 and 484, Oct. T., 1979); Paul A.
Barrett, for Florence Kavelines and Michael J. Kearney, et
al., appellees, (at Nos. 2710, 2711, 2712, 2713 and 2714, Oct.
T., 1978 and Nos. 480, 481, 482, 483 and 484, Oct. T., 1979).

640

Before HESTER, HOFFMAN and CATANIA, JJ.*

Judgments affirmed.